UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARPER,<br><br>        Plaintiff,<br><br>    v.<br><br>THERESA CISNEROS, et al.,<br><br>        Defendants. | Case No.: 1:22-cv-00290-JLT-SAB (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CHANGE NAME OF PLAINTIFF TO SEQUOYAH DESERTHAWK KIDWELL<br><br>(ECF No. 12) |

    Plaintiff Jason Harper is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's notice of legal name change, filed May 10, 2022. Plaintiff submits documentation that his legal name has been changed from Jason Scott Harper to Sequoyah Deserthawk Kidwell. (ECF No. 12.) In addition, the Court takes judicial notice that Plaintiff's legal name of Sequoyah Deserthawk Kidwell, Inmate No. T67322 as reflected in CDCR's Inmate Locator website.  See http://inmatelocator.cdcr.ca.gov.  This Court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").

///

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall change the name of Plaintiff from Jason Scott Harper to Sequoyah Deserthawk Kidwell; and

2. All future filings shall reference Plaintiff as Sequoyah Deserthawk Kidwell.

IT IS SO ORDERED.

Dated:   **May 12, 2022**

UNITED STATES MAGISTRATE JUDGE