# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOYAH DESERTHAWK KIDWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THERESA CISNEROS, et al.,<br><br>　　　　Defendants. | Case No.: 1:22-cv-00290-JLT-SAB (PC)<br><br>ORDER TERMINATING ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 18) |

　　　　Plaintiff Sequoyah Deserthawk Kidwell is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 8, 2022, Plaintiff filed a motion to dismiss the action. (ECF No. 18.)

　　　　"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193 F.3d at 1078.

In this action, no Defendant has been served or filed an answer or motion for summary judgment. Accordingly, Plaintiff's motion to dismiss (ECF No. 18) is construed as a notice of voluntary dismissal as stated above, and the Clerk of Court is HEREBY ORDERED to terminate this action.

IT IS SO ORDERED.

Dated:   **July 11, 2022**

UNITED STATES MAGISTRATE JUDGE