# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOYAH DESERTHAWK KIDWELL,<br><br>Plaintiff,<br><br>v.<br><br>THERESA CISNERO, et al.,<br><br>Defendants. | Case No. 1:22-cv-00290-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE THE FILING FEE<br><br>(ECF No. 20) |

On July 11, 2022, the instant action filed pursuant to 42 U.S.C. § 1983 was terminated pursuant to Plaintiff's motion to voluntarily dismiss the action. Fed. R. Civ. P. 41(a)(1)(A)(i). (ECF No. 19.)

On April 25, 2023, Plaintiff filed a motion to vacate the filing fee. (ECF No. 20.) Plaintiff is advised that voluntary dismissal does not entitle a litigant to a refund of the filing and docketing fees. Porter v. Dep't of Treasury, 51 V.I. 1212, 1216 (3d Cir. 2009). Under the PLRA, once a prisoner is granted leave to proceed *in forma pauperis*, the prisoner is obligated to pay the fees in full. Porter, 51 V.I. at 1218 n.4. The filing fee is assessed for the privilege of initiating the matter, without regard to the subsequent disposition. Williams v. Roberts, 116 F.3d 1126, 1127 (5th Cir. 1997), as revised (July 23, 1997). In fact, "[a] congressional objective in enacting the PLRA was to 'mak[e] all prisoners seeking to bring lawsuits or appeals feel the deterrent effect created by liability for filing fees.' " Goins, 241 F.3d at 261. Plaintiff filed this action which triggered the

1 obligation to pay a filing fee cannot be discharged because he subsequently wishes to voluntarily
2 dismiss the action.  Here, the Court granted Plaintiff's request for leave to proceed in forma
3 pauperis, obligating him to pay the filing fee in full through monthly payments.  (ECF No. 9); 28
4 U.S.C. § 1915(b)(1).  Accordingly, Plaintiff's motion to vacate the filing fee is denied.

IT IS SO ORDERED.

Dated:   **April 26, 2023**

UNITED STATES MAGISTRATE JUDGE